```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 06 B 01021
    FIDENCIO CAVADA
    RENEE LYNN CAVADA                          CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

           Debtor
    SSN XXX-XX-6786      SSN XXX-XX-2863

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/06/06 and confirmed on 04/13/06.

     2.  The case was dismissed after confirmation, 11/15/2007.

     3.  The Debtor paid a total of $  19434.06 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | 16593.15 | .00 | 16593.15 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2086.74 | .00 | .00 |
| B LINE LLC | UNSECURED | 1405.58 | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1205.26 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 399.23 | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 6463.41 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1021.83 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 211.43 | .00 | .00 |

     Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16593.15 | .00 | 12793.48 | .00 | 29386.63 |
| PRINCIPAL PAID | 16593.15 | .00 | .00 | .00 | 16593.15 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 16593.15 | .00 | .00 | .00 | 16593.15 |

```
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00
and was paid $     100.00  direct and $    2134.35  through the plan.

The Trustee received $     706.56 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/08/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```